```
Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Joseph Esperanca, Jr, LLC

Lynn Hubbard, III, Esq., SBN 69773
Scottlyn J. Hubbard, IV, Esq.  SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA  95926
Telephone:  530-895-3252
Facsimile:  530-894-8244

Attorney for Plaintiff Robert DOdson
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>            Plaintiff,<br><br>       vs.<br><br>JOSEPH ESPERANCA, JR., LLC,<br><br>            Defendant. | Case No. **2:12-cv-02132-GEB-EFB**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL NOVEMBER 30, 2012 FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

Pursuant to Local Rule 144, Plaintiff Robert Dodson and Defendant, Joseph Esperanca, Jr., LLC by and through their respective attorneys of record, Lynn Hubbard, III and Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until November 30, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than November 30, 2012.

IT IS SO STIPULATED effective as of November 13, 2012.

Dated:  November 13, 2012        /s/ Cris C. Vaughan
                                 Cris C. Vaughan,
                                 Attorney for Defendant,
                                 Joseph Esperanca, Jr.,
                                 LLC

Dated:  November 13, 2012         /s/  Lynn Hubbard, III
                                 Lynn Hubbard, III
                                 Attorney for Plaintiff,
                                 Robert Dodson

**Order**

**IT IS SO ORDERED.**

**11/14/12**

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: EXTENSION OF TIME - 2