1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff

CRIS VAUGHAN, SBN 99568
**VAUGHAN & ASSOCIATES**
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Email: CCVaughan@SBCGlobal.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

     Plaintiff,

     vs.

JOSEPH ESPERANCA, JR., LLC,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:12-cv-02132-GEB-EFB

**Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon**

*Dodson v. Joseph Esperanca, Jr., LLC*               Case No. 2:12-cv-02132-GEB-EFB
Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon
Page 1

1  WHEREAS, defendant currently has a motion to dismiss on file, set for
2  hearing on February 25, 2013.

3  WHEREAS, the Scheduling Conference is currently set for January 28,
4  2013.

5  WHEREAS, the parties feel that it would be a waste of the Court's time
6  and resources, as well as their own, to participate in the requirements under Rule
7  26(f) with a pending dispositive motion.

8  AS SUCH, the parties hereby stipulate to and request that the Court
9  continue the Scheduling Conference to April 1, 2013, or a date more convenient
10  to the Court.

11

12  DATED: January 3, 2013          DISABLED ADVOCACY GROUP, APLC

13

14                                 */s/ Lynn Hubbard, III*
15                                 LYNN HUBBARD, III
                                   Attorney for Plaintiff
16

17

18  DATED: January 3, 2013          VAUGHAN & ASSOCIATES

19

20                                 */s/ Cris Vaughan*
21                                 CRIS VAUGHAN
                                   Attorney for Defendant
22

23

24

25

26

27

28

*Dodson v. Joseph Esperanca, Jr., LLC*          Case No. 2:12-cv-02132-GEB-EFB
Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon
Page 2

# [PROPOSED] ORDER

The Scheduling Conference is continued to April 1, 2013, at 9:00 a.m.   A joint status report shall be filed fourteen days prior to the hearing.

**Date:  1/7/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

*Dodson v. Joseph Esperanca, Jr., LLC*                    Case No. 2:12-cv-02132-GEB-EFB
Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon
Page 3