LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff


CRIS VAUGHAN, SBN 99568
**VAUGHAN & ASSOCIATES**
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Email: CCVaughan@SBCGlobal.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSEPH ESPERANCA, JR., LLC,<br><br>    Defendant. | Case No. 2:12-cv-02132-GEB-EFB<br><br>**Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon** |

*Dodson v. Joseph Esperanca, Jr., LLC*                                             Case No. 2:12-cv-02132-GEB-EFB
Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon
Page 1

1  WHEREAS, defendant currently has a motion to dismiss on file, set for
2 hearing on February 25, 2013.
3  WHEREAS, the Scheduling Conference is currently set for January 28,
4 2013.
5  WHEREAS, the parties feel that it would be a waste of the Court's time
6 and resources, as well as their own, to participate in the requirements under Rule
7 26(f) with a pending dispositive motion.
8  AS SUCH, the parties hereby stipulate to and request that the Court
9 continue the Scheduling Conference to April 1, 2013, or a date more convenient
10 to the Court.

12 DATED: January 3, 2013   DISABLED ADVOCACY GROUP, APLC

14   /s/ Lynn Hubbard, III
15   LYNN HUBBARD, III
    Attorney for Plaintiff

18 DATED: January 3, 2013   VAUGHAN & ASSOCIATES

20   /s/ Cris Vaughan
21   CRIS VAUGHAN
    Attorney for Defendant

*Dodson v. Joseph Esperanca, Jr., LLC*                        Case No. 2:12-cv-02132-GEB-EFB
Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon
Page 2

# [PROPOSED] ORDER

The Scheduling Conference is continued to April 1, 2013, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**Date: 1/7/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

*Dodson v. Joseph Esperanca, Jr., LLC*     Case No. 2:12-cv-02132-GEB-EFB
Stipulation to Continue the Scheduling Conference and [Proposed] Order Thereon
Page 3